IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEBBIE RUTH JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS OF THE )<br>UNIVERSITY SYSTEM OF GEORGIA/ )<br>GEORGIA HEALTH SCIENCES )<br>UNIVERSITY, a Unit of the University )<br>System of Georgia, )<br>)<br>   Defendant. ) | Civil Action File No.<br>1:11-cv-00149 |

**JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER**

NOW COME all parties and file this Joint Motion for Entry of a Consent Protective Order, showing the Court as follows:

1.     The defendant Board of Regents of the University System of Georgia/Georgia Health Sciences University ("Georgia Health"), possesses certain confidential information and material which may be the subject of discovery in this case.

2.     In order that such confidential material and information may be produced as a part of discovery in this action, the parties have agreed that such confidential material and information may be produced, subject to entry of a Consent Protective Order.

3.     The parties jointly request that the Court enter a Consent Protective Order that is being simultaneously submitted to the Court with this Motion.

1

WHEREFORE all parties request that the Court enter a Consent Protective Order governing the production of confidential material and information which may be the subject of discovery in the proceedings in this case.

This 29 day of March, 2012.

      /s/ Thomas L. Cathey
Thomas L. Cathey
Georgia Bar No. 116622
*Attorney for Defendant*
*Board of Regents of the*
*University System of Georgia*

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia 30903-1564
706-722-4481 - phone
706-722-9779 – fax
tcathey@hullbarrett.com
jellington@hullbarrett.com

/s/ A. Lee Parks
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com
Counsel for Plaintiff

PARKS, CHESIN & WALBERT, P.C.
75 14th Street, N.E., 26th Floor
Atlanta, GA 30309
Telephone: (404) 873-8000
Facsimile: (404 873-8050

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Joint Motion for Entry of Consent Protective Order** with the Clerk of Court using the CM/ECF system and served upon counsel of record by electronic filing as follows:

A. Lee Parks
PARKS, CHESIN & WALBERT, P.C.
75 14th Street, N.E., 26th Floor
Atlanta, GA 30309

This 29 day of March, 2012.

/s/ Thomas L. Cathey
Thomas L. Cathey
